# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:13-cv-154-RJC

| | |
|---|---|
| MELISSA M. REYNOLDS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN COLVIN, )<br>Acting Commissioner of Social Security )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

**THIS MATTER** comes before the Court on Defendant's consent motion to remand this case to the Commissioner for further action. (Doc. No. 14). Under sentence four of 42 U.S.C. § 405(g), the Court has the "power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing. Melkonyan v. Sullivan, 501 U.S. 89, 98 (1991)

Following consideration by the Appeals Council, the Commissioner has determined that remand is warranted in this case. The Commissioner requests that—under the fourth sentence of 42 U.S.C. § 405(g)—the Court remand this case, and the Court grants this motion. The Administrative Law Judge is directed to take the following actions: to reassess the mental status consultative examination of Dr. Zeisz; to obtain an updated mental status consultative examination; to reassess Plaintiff's residual functional capacity and resolve any inconsistent findings regarding her ability to perform work; to obtain supplemental vocational expert testimony; to address the evidence submitted to the Appeals Council at the request for review level; to provide Plaintiff the opportunity for a new hearing; and to issue a new decision.

**IT IS, THEREFORE, ORDERED**, for good cause shown, that Defendant's Motion for Remand, (Doc. No. 14), is **GRANTED.** The Clerk of Court is directed to close this case.

Signed: May 20, 2014

Robert J. Conrad, Jr.
United States District Judge